

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00267-CV

---

JUDITH MARIE GONZALEZ            APPELLANT

V.

PHILLIPS EQUITY CAPITAL, LLC            APPELLEE

-----------

### FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
### TRIAL COURT NO. 2017-004046-1

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On January 8, 2018, we notified appellant that her brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a).[2]  We stated that we could dismiss the appeal for want of prosecution

---

[1]*See* Tex. R. App. P. 47.4.

[2]We served our January 8, 2018 notice by letter to appellant's last known physical address.  Upon receiving no response, on February 7, 2018, we attempted to serve a second notice via email to the address provided in

unless appellant filed with the court within ten days an appellant's brief and a motion reasonably explaining the failure to file an appellant's brief and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have not received any response.

Because appellant has failed to file a brief after having been given an opportunity to provide a reasonable explanation for the failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

PER CURIAM

PANEL: SUDDERTH, C.J.; WALKER and MEIER, JJ.

DELIVERED: February 15, 2018

appellant's affidavit of inability to afford payment of court costs. The email notice was returned as undeliverable.

2